**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000381**
**22-JUN-2022**
**01:28 PM**
**Dkt. 70 ODMR**

NO. CAAP-19-0000381 and NO. CAAP-19-0000382

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

**CAAP-19-0000381**
STATE OF HAWAI'I, Plaintiff-Appellee,
v.
PHILIP BIKLE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(Case No. 3DTC-16-005744)

and

**CAAP-19-0000382**
STATE OF HAWAI'I, Plaintiff-Appellee,
v.
PHILIP BIKLE, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
PUNA DIVISION
(Case No. 3DTI-16-016896)

ORDER
(By: Ginoza, Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the Motion for Reconsideration filed by self-represented Defendant-Appellant Philip **Bikle** on June 13, 2022, the papers in support, and the record, it appears that:

1. Bikle moves for reconsideration of our Summary Disposition Order filed on June 3, 2022; and

2.   The motion presents no point of law or fact we overlooked or misapprehended.  See Rule 40(b) of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, June 22, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge